NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANDERSEN CORPORATION,**
*Plaintiff,*

**v.**

**PELLA CORPORATION,**
*Defendant-Appellant,*

**v.**

**W.L. GORE & ASSOCIATES, INC.,**
*Defendant-Appellee.*

---

2010-1481

---

Appeal from the United States District Court for the District of Minnesota in case no. 05-CV-0824, Senior Judge James M. Rosenbaum.

---

## JUDGMENT

---

BRUCE H. LITTLE, Linquist & Vennum P.L.L.P., of Minneapolis, Minnesota, argued for defendant appellant. With him on the brief was CHRISTOPHER R. SULLIVAN.

JOHN T. GALLAGHER, Dickstein Shapiro, LLP, of New York, New York, argued for defendant-appellee. With him on the brief was WILLIAM J. TIPPING, Gaskins, Bennett, Birrell, Schupp, LLP, of Minneapolis, Minnesota.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, SCHALL, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 February 10, 2012                  /s/ Jan Horbaly
            Date                             Jan Horbaly
                                                    Clerk